## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

05/15/2017

IN RE:

| | |
|---|---|
| DAVID L. MORRIS | Case No.12-10914 TPA |
| LISA L. MORRIS | |
| 1325 SKYLINE DRIVE | Chapter 13 |
| HERMITAGE, PA 16148 | |
| XXX-XX-0084       Debtor(s) | |

XXX-XX-0485

---

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee′s final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

5/15/2017

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:14-2 | ACCOUNT NO.: ...2611 |
| | CLAIM: 0.00 | |
| DALLAS, TX  75261-9741 | COMMENT: PMT/PL-CL*623.26 x (60 + 2)=LMT*LOSS MIT UNSUCCFL*DKT*AMD*BGN 7/12 | |

| | | |
|---|---|---|
| **GREEN TREE SERVICING LLC** | Trustee Claim Number:2   INT %: 4.25% | CRED DESC:  MORTGAGE PAID IN FULL |
| STE L800 | Court Claim Number:2 | ACCOUNT NO.: 0723 |
| 345 ST PETER ST | | |
| 300 LANDMARK TOWERS | CLAIM: 18,130.34 | |
| SAINT PAUL, MN  55102 | COMMENT: $/PL-CL@4.25%MDF/PL | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.: ...0084 |
| PO BOX 7317 | | |
| | CLAIM: 1,712.97 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: $@0%/PL-CL | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number: | ACCOUNT NO.: ...0084: 06-07 |
| STRAWBERRY SQ | | |
| | CLAIM: 186.84 | |
| HARRISBURG, PA  17128 | COMMENT: $PL | |

| | | |
|---|---|---|
| **ANNETTE THEOFILOS DMD** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2213 SHENANGO VALEY FRWY | Court Claim Number: | ACCOUNT NO.: ...4174 |
| | CLAIM: 0.00 | |
| HERMITAGE, PA  16148 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **ADVANCED DERM & SKIN CARE CENTER** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 987 BOARDMAN-CANFIELD RD | Court Claim Number: | ACCOUNT NO.: ...6280 |
| | CLAIM: 0.00 | |
| BOARDMAN, OH  44512 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **ALLEGHENY IMAGING OF MCCANDLESS++** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...9041 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15230-0049 | COMMENT: | |

| | | |
|---|---|---|
| **ALLEGHENY RADIOLOGY++** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...0872 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15230 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **ALLEGHENY RADIOLOGY++** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...4761 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15230 | COMMENT: NO$/SCH*DISPUTED | |

| | | |
|---|---|---|
| **ALLEGHENY RADIOLOGY++** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...0649 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15230 | COMMENT: NO$/SCH | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...7611 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: NO$/SCH | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...0763 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: NO$/SCH | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...8561 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: NO$/SCH | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...0877 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: NO$/SCH | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...0864 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...0352 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...3571 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: NO$/SCH | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...0858 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: NO$/SCH | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...6968 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: | |

| ALLEGHENY RADIOLOGY++ | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...1007 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: | |

| | | |
|---|---|---|
| **AMERIPATH PITTSBURGH PC++** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 642067 | Court Claim Number: | ACCOUNT NO.: ...5067 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **ASSET ACCEPTANCE CORP** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2036 | Court Claim Number: | ACCOUNT NO.: ...6383 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  CAPITAL ONE | |

| | | |
|---|---|---|
| **ALLEGHENY RADIOLOGY++** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 49 | Court Claim Number: | ACCOUNT NO.: ...0076 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15230 | COMMENT: | |

| | | |
|---|---|---|
| **AURORA LOAN SERVICES INC*++** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN CASHIERING DEPT | Court Claim Number: | ACCOUNT NO.: ...2877 |
| 10350 PARK MEADOWS DR | | |
| | CLAIM:  0.00 | |
| LITTLETON, CO  80124 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA**** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN FIA CARD SVCS-PMT SVCS | Court Claim Number: | ACCOUNT NO.: ...5289 |
| 1000 SAMOSET DR | | |
| | CLAIM:  0.00 | |
| NEWARK, DE  19713 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:15 | ACCOUNT NO.: ...9694 |
| | CLAIM:  1,183.98 | |
| NORFOLK, VA  23541 | COMMENT:  CAP ONE | |

| | | |
|---|---|---|
| **ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL C** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2036 | Court Claim Number:11 | ACCOUNT NO.: 5210 |
| | CLAIM:  1,372.70 | |
| WARREN, MI  48090 | COMMENT:  NO$/SCH*CAP ONE | |

| | | |
|---|---|---|
| **CHMCA PHYSICIAN BILLING** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 236 LOCUST ST STE 200 | Court Claim Number: | ACCOUNT NO.: ...1094 |
| | CLAIM:  0.00 | |
| AKRON, OH  44302 | COMMENT: | |

| | | |
|---|---|---|
| **CITIZENS BANK** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: ...4776 |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CITIZENS BANK** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: ...5396 |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CITY OF HERMITAGE** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 800 N HERMITAGE RD | Court Claim Number: | ACCOUNT NO.: ...5000 |
| | CLAIM: 0.00 | |
| HERMITAGE, PA 16148 | COMMENT: NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 689 N HERMITAGE RD | Court Claim Number: | ACCOUNT NO.: ...7NYW |
| PO BOX 1091 | CLAIM: 0.00 | |
| HERMITAGE, PA 16148-0091 | COMMENT: | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 689 N HERMITAGE RD | Court Claim Number: | ACCOUNT NO.: ...GE50 |
| PO BOX 1091 | CLAIM: 0.00 | |
| HERMITAGE, PA 16148-0091 | COMMENT: | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 689 N HERMITAGE RD | Court Claim Number: | ACCOUNT NO.: ...ANP2 |
| PO BOX 1091 | CLAIM: 0.00 | |
| HERMITAGE, PA 16148-0091 | COMMENT: THOMAS FAMILY DENTISTS | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 689 N HERMITAGE RD | Court Claim Number: | ACCOUNT NO.: ...9322 |
| PO BOX 1091 | CLAIM: 0.00 | |
| HERMITAGE, PA 16148-0091 | COMMENT: REGIONAL IMAGINING | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 689 N HERMITAGE RD | Court Claim Number: | ACCOUNT NO.: ...9319 |
| PO BOX 1091 | CLAIM: 0.00 | |
| HERMITAGE, PA 16148-0091 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 689 N HERMITAGE RD | Court Claim Number: | ACCOUNT NO.: ...9318 |
| PO BOX 1091 | CLAIM: 0.00 | |
| HERMITAGE, PA 16148-0091 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: ...1536 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205-3956 | COMMENT: PENNSTAR FCU | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: ...3981 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205-3956 | COMMENT: LYNN A COLAIACOVO | |

| | | |
|---|---|---|
| **DOUGLAS NAGLE DMD** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1951 SHENANGO VALLEY FREEWAY | Court Claim Number: | ACCOUNT NO.: MORRIS |
| | CLAIM: 0.00 | |
| HERMITAGE, PA 16148 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **DR CHARLES GULLAND** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 490 KERRWOOD DRIVE | Court Claim Number: | ACCOUNT NO.: ...0474 |
| STE 201 | | |
| | CLAIM: 0.00 | |
| HERMITAGE, PA 16148 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **EMERGENCY PROF. SERVICES INC.** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 30179 | Court Claim Number: | ACCOUNT NO.: ...6059 |
| | CLAIM: 0.00 | |
| MIDDLEBURG HEIGHTS, OH 44133 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **EMPI** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 599 CARDIGAN RD | Court Claim Number: | ACCOUNT NO.: ...4039 |
| | CLAIM: 0.00 | |
| SAINT PAUL, MN 55126 | COMMENT: | |

| | | |
|---|---|---|
| **EYE CARE ASSOCIATES INC** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 10 DUTTON DR | Court Claim Number: | ACCOUNT NO.: ...5988 |
| | CLAIM: 0.00 | |
| YOUNGSTOWN, OH 44502 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **FIDELITY PROPERTIES** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 2055 | Court Claim Number: | ACCOUNT NO.: ...4183 |
| | CLAIM: 0.00 | |
| ALLIANCE, OH 44601 | COMMENT: NT ADR/SCH*VITREO RENTINAL CONSULT | |

| | | |
|---|---|---|
| **FIDELITY PROPERTIES** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 2055 | Court Claim Number: | ACCOUNT NO.: ...7064 |
| | CLAIM: 0.00 | |
| ALLIANCE, OH 44601 | COMMENT: NT ADR/SCH*JOEL P WAYS OD | |

| | | |
|---|---|---|
| **FIDELITY PROPERTIES** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 2055 | Court Claim Number: | ACCOUNT NO.: ...5845 |
| | CLAIM: 0.00 | |
| ALLIANCE, OH 44601 | COMMENT: NT ADR/SCH*ADVANCED ANESTHESIA | |

| | | |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.: ...4649 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44122-5662 | COMMENT: THEOFILOS DMD | |

| | | |
|---|---|---|
| **FORUM HEALTH ENTERPRISES** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 715301 | Court Claim Number: | ACCOUNT NO.: ...8771 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43271 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR INSOL** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 269093 | Court Claim Number:7 | ACCOUNT NO.: ...8199 |
| | CLAIM: 259.36 | |
| OKLAHOMA CITY, OK 73126-9093 | COMMENT: NO$/SCH*DILLARDS/GECRB | |

| GE CAPITAL RETAIL BANK | Trustee Claim Number:51 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPT | Court Claim Number: | ACCOUNT NO.: |
| POB 960061 | | |
| | CLAIM: 0.00 | |
| ORLANDO, FL 32896-0661 | COMMENT: NT ADR~NO$/SCH | |

| GE CAPITAL RETAIL BANK | Trustee Claim Number:52 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPT | Court Claim Number: | ACCOUNT NO.: ...5294 |
| POB 960061 | | |
| | CLAIM: 0.00 | |
| ORLANDO, FL 32896-0661 | COMMENT: NT ADR~NO$/SCH | |

| GILDA STIGLIANO DDS | Trustee Claim Number:53 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 701 N HERMITAGE RD | Court Claim Number:5 | ACCOUNT NO.: 0084 |
| STE 23 | | |
| | CLAIM: 71.40 | |
| HERMITAGE, PA 16148 | COMMENT: 1673~NO$/SCH | |

| HERMITAGE RADIOLOGY | Trustee Claim Number:54 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 1118 | Court Claim Number: | ACCOUNT NO.: ...3188 |
| | CLAIM: 0.00 | |
| HERMITAGE, PA 16148 | COMMENT: NO$/SCH | |

| HSBC BANK++ | Trustee Claim Number:55 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: ...8259 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NO$/SCH | |

| HSBC BANK++ | Trustee Claim Number:56 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: ...2595 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NO$/SCH | |

| HSBC BANK++ | Trustee Claim Number:57 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: ...4671 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NO$/SCH | |

| HSBC BANK++ | Trustee Claim Number:58 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: ...7595 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NO$/SCH | |

| HSBC BANK++ | Trustee Claim Number:59 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: ...3891 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NO$/SCH | |

| HSBC BANK++ | Trustee Claim Number:60 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: ...7910 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NO$/SCH | |

| IC SYSTEM INC | Trustee Claim Number:61 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 444 HIGHWAY 96 E | Court Claim Number: | ACCOUNT NO.: ...4001 |
| POB 64378 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55164 | COMMENT: NO$/SCH | |

| JOEL P WAYS OPTOMETRIST | Trustee Claim Number:62 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 89 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...2452 |
| | CLAIM:  0.00 | |
| SHARON, PA  16146 | COMMENT: NO$/SCH | |

| JOSEPH J CONTI DO LTD | Trustee Claim Number:63 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 480 N KERWOOD DR #102 | Court Claim Number: | ACCOUNT NO.: ...4910 |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT: NO$/SCH | |

| JOSEPH T JOSEPH | Trustee Claim Number:64 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 1466 N HERMITAGE RD | Court Claim Number: | ACCOUNT NO.: ...5511 |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT: NO$/SCH | |

| LON W VOISEY DDS | Trustee Claim Number:65 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| SHARON PROFESSIONAL BUILDING | Court Claim Number: | ACCOUNT NO.:  MORRIS |
| 912 E STATE ST | | |
| | CLAIM:  0.00 | |
| SHARON, PA  16146 | COMMENT: NO$/SCH | |

| AMERICAN INFOSOURCE LP AGENT FOR INSOL | Trustee Claim Number:66 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 269093 | Court Claim Number:8 | ACCOUNT NO.: ...6594 |
| | CLAIM:  908.60 | |
| OKLAHOMA CITY, OK  73126-9093 | COMMENT: GECAP/JCPENNEY | |

| AMERICAN INFOSOURCE LP AGENT FOR INSOL | Trustee Claim Number:67 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 269093 | Court Claim Number:9 | ACCOUNT NO.: ...5294 |
| | CLAIM:  614.71 | |
| OKLAHOMA CITY, OK  73126-9093 | COMMENT: GECAP/WALMART | |

| MICHAEL E ABDUL MALAK MD | Trustee Claim Number:68 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 1318 | Court Claim Number: | ACCOUNT NO.: ...3675 |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT: NT ADR~NO$/SCH | |

| MICHAEL E ABDUL MALAK MD | Trustee Claim Number:69 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 1318 | Court Claim Number: | ACCOUNT NO.: ...1600 |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT: NT ADR~NO$/SCH | |

| AMERICAN INFOSOURCE LP AGENT - MIDLAND | Trustee Claim Number:70 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 268941 | Court Claim Number:3 | ACCOUNT NO.:  2057 |
| | CLAIM:  962.49 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT: HSBC | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:71 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2365 NORTHSIDE DR STE 300 | Court Claim Number: | ACCOUNT NO.: ...4964 |
| | CLAIM: 0.00 | |
| SAN DIEGO, CA  92108 | COMMENT: HSBC | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:72 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...0581 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REGIONAL HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:73 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...0537 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:74 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...0856 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:75 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...0420 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:76 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...0077 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:77 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...1890 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:78 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...0090 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:79 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...2004 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:80 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...0006 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA  17108 | COMMENT: SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:81 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.: ...0817 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17108 | COMMENT:  SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PENNSTAR FCU** | Trustee Claim Number:82 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4139 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...2802 |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **PENNSTAR FCU** | Trustee Claim Number:83 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4139 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...2803 |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **PNC MORTGAGE** | Trustee Claim Number:84 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| B6-YM07-01-7 | Court Claim Number: | ACCOUNT NO.: ...1925 |
| POB 1820 | | |
| | CLAIM:  0.00 | |
| DAYTON, OH  45401 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:85 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: ...4671 |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  HSBC | |

| | | |
|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:86 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: ...6846 |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  HSBC | |

| | | |
|---|---|---|
| **POWELL ROGERS & SPEAKS*** | Trustee Claim Number:87 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 930 | Court Claim Number: | ACCOUNT NO.:  MORRIS |
| | CLAIM:  0.00 | |
| HALIFAX, PA  17032-0930 | COMMENT:  NO$/SCH*SHARON REG HEALTH | |

| | | |
|---|---|---|
| **PRIMARY HEALTH NETWORK** | Trustee Claim Number:88 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 716 | Court Claim Number: | ACCOUNT NO.: ...2426 |
| | CLAIM:  0.00 | |
| SHARON, PA  16146 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **QUEST DIAGNOSTICS INC** | Trustee Claim Number:89 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 875 GREENTREE RD | Court Claim Number: | ACCOUNT NO.: ...4354 |
| 4 PARKWAY CTR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15220 | COMMENT: | |

| | | |
|---|---|---|
| **RBS CITIZENS NA**** | Trustee Claim Number:90 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY - RJW-135 | Court Claim Number:1-2 | ACCOUNT NO.:  1065 |
| 443 JEFFERSON BLVD | | |
| | CLAIM:  618.24 | |
| WARWICK, RI  02886 | COMMENT:  KROGER*AMD | |

| | | |
|---|---|---|
| **REGIONAL IMAGING ASSOC**<br>32 JEFFERSON AVE STE 109<br><br>SHARON, PA  16146-3346 | Trustee Claim Number:91 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  MORRIS |
| **SALLIE MAE GUARANTEE SVCS INC\*\***<br>ATTN: DEPOSIT OPERATION-8303\*<br>POB 7167\*<br>INDIANAPOLIS, IN  46206-7167 | Trustee Claim Number:92 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0824 |
| **SALLIE MAE GUARANTEE SVCS INC\*\***<br>ATTN: DEPOSIT OPERATION-8303\*<br>POB 7167\*<br>INDIANAPOLIS, IN  46206-7167 | Trustee Claim Number:93 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0820 |
| **SHARON REGIONAL HEALTH SYSTEM++**<br>699 E STATE ST<br><br>SHARON, PA  16146 | Trustee Claim Number:94 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0856 |
| **SHARON REGIONAL HEALTH SYSTEM++**<br>699 E STATE ST<br><br>SHARON, PA  16146 | Trustee Claim Number:95 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0593 |
| **SHARON REGIONAL HEALTH SYSTEM++**<br>699 E STATE ST<br><br>SHARON, PA  16146 | Trustee Claim Number:96 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0076 |
| **SHARON REGIONAL HEALTH SYSTEM++**<br>699 E STATE ST<br><br>SHARON, PA  16146 | Trustee Claim Number:97 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0230 |
| **SHARON REGIONAL HEALTH SYSTEM++**<br>699 E STATE ST<br><br>SHARON, PA  16146 | Trustee Claim Number:98 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...2608 |
| **SHARON REGIONAL HEALTH SYSTEM++**<br>699 E STATE ST<br><br>SHARON, PA  16146 | Trustee Claim Number:99 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...2608 |
| **SHARON REGIONAL HEALTH SYSTEM++**<br>699 E STATE ST<br><br>SHARON, PA  16146 | Trustee Claim Number:100 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0453 |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:101 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0658 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:102 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0678 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:103 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0698 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:104 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0476 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:105 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0761 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:106 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0763 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:107 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0822 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:108 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0825 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:109 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0345 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:110 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0204 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| SHARON REGIONAL HEALTH SYSTEM++ | Trustee Claim Number:111 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0765 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: | |

| SHARON REGIONAL HEALTH SYSTEM++ | Trustee Claim Number:112 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0858 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: | |

| SHARON REGIONAL HEALTH SYSTEM++ | Trustee Claim Number:113 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0895 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| SHARON REGIONAL HEALTH SYSTEM++ | Trustee Claim Number:114 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 699 E STATE ST | Court Claim Number: | ACCOUNT NO.: ...0357 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NO$/SCH | |

| SHARON REGIONAL PHYSICIANS SVCS ENT | Trustee Claim Number:115 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 6025 | Court Claim Number: | ACCOUNT NO.: ...0696 |
| | CLAIM: 0.00 | |
| HERMITAGE, PA 16148-0913 | COMMENT: | |

| SHARP COLLECTIONS | Trustee Claim Number:116 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 81 | Court Claim Number: | ACCOUNT NO.: ...1303: 02-11 |
| 114 N MERCER AVE | | |
| | CLAIM: 0.00 | |
| SHARPSVILLE, PA 16150 | COMMENT: ND MUNCI INFO*SD? BORO? | |

| SHARP COLLECTIONS | Trustee Claim Number:117 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 81 | Court Claim Number: | ACCOUNT NO.: ...1246: 02-11 |
| 114 N MERCER AVE | | |
| | CLAIM: 0.00 | |
| SHARPSVILLE, PA 16150 | COMMENT: ND MUNCI INFO*SD? BORO? | |

| SPECIAL ORTHOPEDICS PC | Trustee Claim Number:118 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 3120 HIGHLAND RD | Court Claim Number: | ACCOUNT NO.: ...9011 |
| | CLAIM: 0.00 | |
| HERMITAGE, PA 16148 | COMMENT: NO$/SCH | |

| STEEL CITY ANESTHESIA LLC++ | Trustee Claim Number:119 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O REVENUE RECOVERY CORP | Court Claim Number: | ACCOUNT NO.: ...8185 |
| PO BOX 341308 | | |
| | CLAIM: 0.00 | |
| MEMPHIS, TN 38184-1308 | COMMENT: NT ADR~NO$/SCH | |

| THE PAIN CENTER | Trustee Claim Number:120 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O FIDELITY PROPERTIES INC | Court Claim Number: | ACCOUNT NO.: 2525 |
| POB 2055 | | |
| | CLAIM: 0.00 | |
| ALLIANCE, OH 44601 | COMMENT: NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **UNIVERSAL FIDELITY CORPORATION++** | Trustee Claim Number:121 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1445 LANGHAM CREEK DR | Court Claim Number: | ACCOUNT NO.: ...5913 |
| | CLAIM: 0.00 | |
| HOUSTON, TX  77084 | COMMENT: NT ADR~NO$/SCH*CITIZENS BANK | |

| | | |
|---|---|---|
| **UPMC REHABILITATION** | Trustee Claim Number:122 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 382059 | Court Claim Number: | ACCOUNT NO.: ...9047 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15250 | COMMENT: NO$/SCH*UPMC HORIZON/SCH | |

| | | |
|---|---|---|
| **UPMC REHABILITATION** | Trustee Claim Number:123 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 382059 | Court Claim Number: | ACCOUNT NO.: ...6307 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15250 | COMMENT: NO$/SCH*UPMC HORIZON/SCH | |

| | | |
|---|---|---|
| **UPMC REHABILITATION** | Trustee Claim Number:124 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 382059 | Court Claim Number: | ACCOUNT NO.: ...6350 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15250 | COMMENT: NO$/SCH*UPMC HORIZON/SCH | |

| | | |
|---|---|---|
| **UPMC REHABILITATION** | Trustee Claim Number:125 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 382059 | Court Claim Number: | ACCOUNT NO.: ...6009 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15250 | COMMENT: UPMC HORIZON/SCH | |

| | | |
|---|---|---|
| **UNIVERSITY OF PGH PHYSICIAN** | Trustee Claim Number:126 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 371980 | Court Claim Number: | ACCOUNT NO.: ...7519 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15250-7980 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **VITREO RETINAL CONSULTANTS** | Trustee Claim Number:127 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4676 DOUGLAS CIRCLE NW | Court Claim Number: | ACCOUNT NO.: ...6781 |
| | CLAIM: 0.00 | |
| CANTON, OH  44718 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **WEST PENN ALLEGHENY HEALTH SYSTEM** | Trustee Claim Number:128 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| /SCCSR ALLEG GENL HOSPITAL | Court Claim Number: | ACCOUNT NO.: ...2734 |
| 320 E NORTH AVE | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15212 | COMMENT: NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **GREEN TREE SERVICING LLC** | Trustee Claim Number:129 INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| STE L800 | Court Claim Number:02 | ACCOUNT NO.: 0723 |
| 345 ST PETER ST | | |
| 300 LANDMARK TOWERS | CLAIM: 0.00 | |
| SAINT PAUL, MN  55102 | COMMENT: 561.98/PL*PIF@2*CL IS ALL ARRS | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:130 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.: ...0084 |
| PO BOX 7317 | | |
| | CLAIM: 290.83 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC(\*)** | Trustee Claim Number:131 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 619094 | Court Claim Number:14-2 | ACCOUNT NO.: ...2611 |
| | CLAIM:  27,437.74 | |
| DALLAS, TX  75261-9741 | COMMENT:  $/PL-CL\*LOSS MIT UNSUCCFL\*DKT\*AMD\*THRU 6/12 | |
| **AMERICAN INFOSOURCE LP AGENT FOR INSOL** | Trustee Claim Number:132 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 269093 | Court Claim Number:6 | ACCOUNT NO.:  0423 |
| | CLAIM:  955.64 | |
| OKLAHOMA CITY, OK  73126-9093 | COMMENT:  NT/SCH\*PREMIER BANKCARD | |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** | Trustee Claim Number:133 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:12 | ACCOUNT NO.:  1445 |
| | CLAIM:  1,371.61 | |
| CHICAGO, IL  60677-2813 | COMMENT:  NT/SCH\*DENOVUS CORP | |
| **US DEPARTMENT OF HUD(\*)++** | Trustee Claim Number:134 INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O DEVAL LLC\*\* | Court Claim Number:10 | ACCOUNT NO.:  6719 |
| 1255 CORPORATE DR - STE 300 | | |
| | CLAIM:  6,076.92 | |
| IRVING, TX  75038 | COMMENT:  CL 10 GOVS\*NT/SCH-PL | |
| **ATLAS ACQUISITIONS LLC(++)** | Trustee Claim Number:135 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 294 UNION ST | Court Claim Number:13 | ACCOUNT NO.:  3920 |
| | CLAIM:  725.00 | |
| HACKENSACK, NJ  07601 | COMMENT:  NT/SCH\*CASHNET | |
| **NATIONSTAR MORTGAGE LLC(\*)** | Trustee Claim Number:136 INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:14 | ACCOUNT NO.: ...2611 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  LOSS MIT UNSUCCFL\*DKT\*AMD | |
| **NATIONSTAR MORTGAGE LLC(\*)** | Trustee Claim Number:137 INT %: 0.00% | CRED DESC:  Post Petition Claim (1305) |
| PO BOX 619094 | Court Claim Number:14-2 | ACCOUNT NO.:  2611 |
| | CLAIM:  500.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  NT PROV/PL\*NTC POSTPET FEES/EXP\*REF CL\*W/1,131 | |