**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/17/17 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  DAVID L. MORRIS<br>LISA L. MORRIS<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>     Movant<br>          vs.<br>  DAVID L. MORRIS<br>LISA L. MORRIS<br><br>          Respondents | Case No.12-10914TPA<br><br><br><br>Chapter 13<br><br><br><br>Document No.___135___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___17th___ day of ___July___, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Joy Cone Co
Attn: Payroll Manager
3435 Lamor Rd
Hermitage, PA 16148

is hereby ordered to immediately terminate the attachment of the wages of DAVID L. MORRIS, social security number XXX-XX-0084. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID L. MORRIS.

cc: Debtor(s)
   Debtor(s) Attorney

BY THE COURT:

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David L. Morris  
Lisa L. Morris  
    Debtors

Case No. 12-10914-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Jul 17, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2017.  
db/jdb        +David L. Morris,    Lisa L. Morris,    1325 Skyline Drive,    Hermitage, PA 16148-6739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2017                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2017 at the address(es) listed below:

           Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com, sklein@hunton.com  
           James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002- 12 bkgroup@kmllawgroup.com  
           James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com, james.prostko@phelanhallinan.com  
           Lawrence W. Willis    on behalf of Debtor David L. Morris help@urfreshstrt.com, urfreshstrt@gmail.com  
           Lawrence W. Willis    on behalf of Joint Debtor Lisa L. Morris help@urfreshstrt.com, urfreshstrt@gmail.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Paul W. McElrath, Jr.    on behalf of Joint Debtor Lisa L. Morris ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
           Paul W. McElrath, Jr.    on behalf of Debtor David L. Morris ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                    TOTAL: 9