Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **David L. Morris** : | Case No. 12–10914–TPA |
| **Lisa L. Morris** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 140 |
| v. : | |
| **No Respondents** : | Hearing Date: 11/8/17 at 12:00 PM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this **28th day of August, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 140 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before October 12, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on **November 8, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 12-10914-TPA
David L. Morris                                                     Chapter 13
Lisa L. Morris
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar                   Page 1 of 3                  Date Rcvd: Aug 28, 2017
                              Form ID: 300b                Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db/jdb         +David L. Morris,    Lisa L. Morris,    1325 Skyline Drive,    Hermitage, PA 16148-6739
aty            +Craig A. Edelman,    Brice, Vander, Linden & Wernick PC,    9441 LBJ Freeway,   Suite 250,
                 Dallas, TX 75243-4640
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX  75067)
13424122       +ACT Dental, Inc.,    Annette C Theofilos, DMD,    2213 Shenango Valley Freeway,
                 Hermitage, PA 16148-2545
13424123       +Advanced Anesthesia Associates,    POB 988,    East Liverpool, OH 43920-5988
13424124       +Advanced Derm & Skin Care Center,    987 Boardman-Canfield Road,    Boardman, OH 44512-4222
13424125        Allegheny Imaging of McCandless,    POB 49,    Pittsburgh, PA 15230-0049
13424126        Allegheny Radiology Associates,    POB 49,    Pittsburgh, PA 15230-0049
13424127        Ameripath Pittsburgh, PC,    20 Ash Street, Suite 310,    Conshohocken, PA 19428-2089
13406954       +Aurora Bank Fsb,    10350 Park Meadows Drive,    Littleton, CO 80124-6800
13406955       +Bank Of America,    450 American Street,    Simi Valley, CA 93065-6285
13406956      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13424132        CHMCA Physician Billing,    236 Locust Street, Suite 200,    Akron, OH 44302
13406957       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13424134        City of Hermitage,    POB 6078,   Hermitage, PA 16148-1078
13424136       #+Collection Service Center,    689 N Hermitage Road,    Hermitage, PA 16148-3237
13406959       #+Collection Service Center,    689 N Nermitage Road,    Hermitage, PA 16148-3237
13406958       #+Collection Service Center,    Po Box 1091,    Hermitage, PA 16148-0091
13424138       +Douglas J. Nagle, DMD, MS,    1951 Shenango Valley Freeway,    Pinewood Place- Suite 4 North,
                 Hermitage, PA 16148-2522
13424139       +Dr. Charles Gulland,    490 Kerrwood Drive,    Suite 201,   Hermitage, PA 16148-5202
13424140       +Emergency Professional Services,    POB 740021,    Cincinnati, OH 45274-0021
13424141       #+Empi, Inc.,    599 Cardigan Road,    Saint Paul, MN 55126-3965
13406961       +Fidelity Properties,    220 E Main Street,    Alliance, OH 44601-2423
13406962       +First Federal Credit,    24700 Chagrin Boulevard, Suite 2,    Cleveland, OH 44122-5662
13424145        Forum Health,    POB 633572,   Cincinnati, OH 45263-3572
13424148       +Gilda Stigliano, DDS,    701 N. Hermitage Road, Suite 23,    Hermitage, PA 16148-3248
13424150       +Hermitage Radiology,    POB 1118,    Hermitage, PA 16148-0118
13406966       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13406967       +I C System,    Po Box 64378,   Saint Paul, MN 55164-0378
13424155       +Joel P. Ways, Optometrist,    89 E. State Street,    Sharon, PA 16146-1704
13424156       +John Lee Jackson, Esquire,    1445 Langham Creek Drive,    Houston, TX 77084-5012
13424157       +Joseph J. Conti, DO LTD,    480 North Kerrwood Drive,    Hermitage, PA 16148-5212
13424158       +Joseph T. Joseph,    1466 North Hermitage Road,    Hermitage, PA 16148-3105
13424159       +Lon W. Voisey, DDS,    Sharon Professional Building,    912 East State Street,
                 Sharon, PA 16146-3361
13424161       +Lynn A. Colaiacovo, M.D.,    2501 Shenango Valley Freeway, Suite 1,    Hermitage, PA 16148-2536
13424162        Michael E. Abdul-Malak, MD, LLC,    875 N Hermitage Road,    Suite 1,   Hermitage, PA 16148-3278
13406973       +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
13406976       +Pnc Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
13424171       +Powell, Rogers & Speaks, Inc.,    PO Box 930,    Halifax, PA 17032-0930
13424173        Quest Diagnostics,    875 Greentree Road,    4 Parkway Center,   Pittsburgh, PA 15220-3610
13409267       +RBS Citizens,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
13406979       +Rbs Citizens,    1000 Lafayette Boulevard,    Bridgeport, CT 06604-4725
13424175       +Regional Imaging Associates,    32 Jefferson Avenue, Suite 109,    Sharon, PA 16146-3346
13424177       +Sharon Regional Health System,    699 East State Street,    Sharon, PA 16146-2096
13424178        Sharon Regional Physician Services,    POB 6025,    Hermitage, PA 16148-0913
13424179       +Sharp Collections,    114 N Mercer Avenue,    POB 81,   Sharpsville, PA 16150-0081
13424180       +Specialty Orthopaedics, P.C.,    3120 Highland Road,    Hermitage, PA 16148-4512
13424181        Steel City Anesthesia,    POB 493,    Canfield, OH 44406-0493
13424182       +The Pain Center of Western PA,    POB 1032,    Hermitage, PA 16148-0032
13455372       +U.S. Department of HUD,    c/o Deval LLC,    1255 Corporate Drive, #300,   Irving, TX 75038-2585
13424184       +UPMC Horizon,    POB 382059,   Pittsburgh, PA 15250-0001
13424185        UPMC Physician Services,    POB 371980,   Pittsburgh, PA 15250-7980
13424183        Universal Fidelity LP,    POB 941911,   Houston, TX 77094-8911
13424186       +Vitreo Retinal Consultants, Inc.,    4676 Douglas CR NW,    Canton, OH 44718-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13424121       +E-mail/Text: bankruptcy@24asset.com Aug 29 2017 01:24:27     24 Asset Management,
                 2020 Camino Del Rio North, Suite 900,    San Diego, CA 92108-1546
13442390        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:31:21
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
13423572        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:39:57
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13472898       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2017 01:23:44     Asset Acceptance LLC,
                 Po Box 2036,   Warren MI 48090-2036
```

```
District/off: 0315-1          User: jmar                 Page 2 of 3                  Date Rcvd: Aug 28, 2017
                              Form ID: 300b              Total Noticed: 77

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13406953       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2017 01:23:44      Asset Acceptance Llc,
                 Po Box 1630,   Warren, MI 48090-1630
13498190       +E-mail/Text: bnc@atlasacq.com Aug 29 2017 01:23:06      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
13406960       +E-mail/Text: cwade@creditmanagementcompany.com Aug 29 2017 01:24:25      Credit Management Co,
                 2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13424142       +E-mail/Text: yhenyard@hotmail.com Aug 29 2017 01:24:23      Eye Care Associates,
                 10 Dutton Drive,   Youngstown, OH 44502-1899
13406965        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:47      Green Tree Servicing,
                 332 Minnesota Street, Suite 610,   Saint Paul, MN 55101
13406963       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:47      Gecrb,   Po Box 981400,
                 El Paso, TX 79998-1400
13406964        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:07      Gecrb,   Po Box 984100,
                 El Paso, TX 79998
13406969       +E-mail/Text: cio.bncmail@irs.gov Aug 29 2017 01:23:16      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
13486612        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:16      DENOVUS CORPORATION LTD,
                 c o Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-9617
13406970       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:46      Lvnv Funding,
                 Po Box 740281,   Houston, TX 77274-0281
13406971       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2017 01:23:47      Midland Funding,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13406972        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 01:23:41      PA Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
13515938        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:31:17
                 Portfolio Recovery Associates LLC,   P.O. Box 41067,   Norfolk, VA  23541
13515276        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:48:39
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13406974       +E-mail/Text: pennstarfcu@neohio.twcbc.com Aug 29 2017 01:24:32      Pennstar Fcu,
                 4139 E State Street,   Hermitage, PA 16148-3402
13406975       +E-mail/Text: nod.referrals@fedphe.com Aug 29 2017 01:23:05      Phelan, Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard,   Philadelphia, PA 19103-1821
13406977        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 02:03:14
                 Portfolio Recovery & Affil,   120 Corporate Boulevard,   Norfolk, VA 23502-4952
13424172       +E-mail/Text: mmyers@primary-health.net Aug 29 2017 01:23:03      Primary Health Network,
                 POB 716,   Sharon, PA 16146-0716
13406980        E-mail/PDF: pa_dc_claims@navient.com Aug 29 2017 01:30:12      Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             RBS Citizens
cr             U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR
cr*           +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13424128*     +Asset Acceptance Llc,   Po Box 1630,   Warren, MI 48090-1630
13500079*     +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13424129*     +Aurora Bank Fsb,   10350 Park Meadows Drive,   Littleton, CO 80124-6800
13424130*     +Bank Of America,   450 American Street,   Simi Valley, CA 93065-6285
13424131*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13424133*     +Citizens Bank,   1 Citizens Drive,   Riverside, RI 02915-3000
13424135*     +Collection Service Center,   Po Box 1091,   Hermitage, PA 16148-0091
13424137*     +Credit Management Co,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13424143*     +Fidelity Properties,   220 E Main Street,   Alliance, OH 44601-2423
13424144*     +First Federal Credit,   24700 Chagrin Boulevard, Suite 2,   Cleveland, OH 44122-5662
13424149*   ++++GREEN TREE SERVICING,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
               (address filed with court: Green Tree Servicing,   332 Minnesota Street, Suite 610,
                 Saint Paul, MN 55101)
13424146*     +Gecrb,   Po Box 981400,   El Paso, TX 79998-1400
13424147*      Gecrb,   Po Box 984100,   El Paso, TX 79998
13433040*     +Gilda Stigliano DDS,   701 N. Hermitage Road,   Suite 23,   Hermitage, PA 16148-3248
13424151*     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13424152*     +I C System,   Po Box 64378,   Saint Paul, MN 55164-0378
13406968*     +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
13424153*     +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
13424154*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13424160*     +Lvnv Funding,   Po Box 740281,   Houston, TX 77274-0281
13424163*     +Midland Funding,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13512047*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   Bankruptcy Department,
                 350 Highland Drive,   Lewisville, TX 75067)
13424164*      PA Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
13424165*     +Penn Credit Corporation,   916 S 14th Street,   Harrisburg, PA 17104-3425
13424166*     +Pennstar Fcu,   4139 E State Street,   Hermitage, PA 16148-3402
13424167*     +Phelan, Hallinan & Schmieg, LLP,   1617 JFK Boulevard,   Philadelphia, PA 19103-1821
13424168*     +Pnc Mortgage,   6 N Main Street,   Dayton, OH 45402-1908
```

```
District/off: 0315-1                    User: jmar                    Page 3 of 3                    Date Rcvd: Aug 28, 2017
                                        Form ID: 300b                 Total Noticed: 77

             ***** BYPASSED RECIPIENTS (continued) *****
13424169*       +Portfolio Recovery & Affil,    120 Corporate Boulevard,    Norfolk, VA 23502-4952
13406978*       +Portfolio Recovery & Affil.,   120 Corporate Boulevard,    Norfolk, VA 23502-4952
13424170*       +Portfolio Recovery & Affil.,   120 Corporate Boulevard,    Norfolk, VA 23502-4952
13424174*       +Rbs Citizens,    1000 Lafayette Boulevard,    Bridgeport, CT 06604-4725
13424176*       +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13424187     ##+West Penn Allegheny Health System,    2 Allegheny Center, Sixth Floor,
                 Pittsburgh, PA 15212-5402
                                                                                               TOTALS: 2, * 33, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:

```
          Daniel Mark Campbell    on behalf of Creditor   RBS Citizens dcampbell@hunton.com,
           sklein@hunton.com
          James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH
           CERTIFICATES SERIES 2002- 12 bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Lawrence W. Willis    on behalf of Debtor David L. Morris help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Joint Debtor Lisa L. Morris help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor David L. Morris ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Lisa L. Morris ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```