**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

In re:

     DAVID L. MORRIS
     LISA L. MORRIS
          Debtor(s)

Case No. 12-10914TPA

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/22/2012.

2) The plan was confirmed on 11/08/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 05/10/2013, 08/15/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 07/03/2017.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $91,148.61.

10) Amount of unsecured claims discharged without payment: $18,429.87.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $102,206.66 |
| Less amount refunded to debtor | $417.47 |

**NET RECEIPTS:** $101,789.19

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,813.39 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $7,213.39 |

Attorney fees paid and disclosed by debtor: $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED DERM & SKIN CARE CE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY IMAGING OF MCCANDI | Unsecured | 5.90 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 6.10 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 962.00 | 962.49 | 962.49 | 13.78 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 883.00 | 908.60 | 908.60 | 13.01 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 597.00 | 614.71 | 614.71 | 8.80 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 0.00 | 259.36 | 259.36 | 3.72 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | NA | 955.64 | 955.64 | 13.68 | 0.00 |
| AMERIPATH PITTSBURGH PC++ | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ANNETTE THEOFILOS DMD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,306.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Unsecured | 0.00 | 1,372.70 | 1,372.70 | 19.66 | 0.00 |
| ATLAS ACQUISITIONS LLC(++) | Unsecured | NA | 725.00 | 725.00 | 10.38 | 0.00 |
| AURORA LOAN SERVICES INC*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHMCA PHYSICIAN BILLING | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF HERMITAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| DOUGLAS NAGLE DMD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DR CHARLES GULLAND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PROF. SERVICES INC. | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| EMPI | Unsecured | 82.29 | NA | NA | 0.00 | 0.00 |
| EYE CARE ASSOCIATES INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY PROPERTIES | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY PROPERTIES | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY PROPERTIES | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| FORUM HEALTH ENTERPRISES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GILDA STIGLIANO DDS | Unsecured | 0.00 | 71.40 | 71.40 | 1.02 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 18,130.00 | 18,130.34 | 18,130.34 | 18,130.34 | 2,038.74 |
| HERMITAGE RADIOLOGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 2,104.88 | 1,712.97 | 1,712.97 | 1,712.97 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 290.83 | 290.83 | 4.17 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 1,371.61 | 1,371.61 | 19.65 | 0.00 |
| JOEL P WAYS OPTOMETRIST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH J CONTI DO LTD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH T JOSEPH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LON W VOISEY DDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL E ABDUL MALAK MD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL E ABDUL MALAK MD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | 46,982.00 | 69,205.35 | 0.00 | 38,358.57 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | 0.00 | 27,437.74 | 27,437.74 | 27,437.74 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Priority | 0.00 | 500.00 | 500.00 | 500.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 186.84 | NA | 186.84 | 186.84 | 0.00 |
| PENN CREDIT CORP | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PENNSTAR FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENNSTAR FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| POWELL ROGERS & SPEAKS* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 701.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,183.00 | 1,183.98 | 1,183.98 | 16.96 | 0.00 |
| PRIMARY HEALTH NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 9.70 | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS NA(*) | Unsecured | 618.24 | 618.24 | 618.24 | 8.85 | 0.00 |
| REGIONAL IMAGING ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL HEALTH SYSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHARON REGIONAL PHYSICIANS SV | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SHARP COLLECTIONS | Unsecured | 598.50 | NA | NA | 0.00 | 0.00 |
| SHARP COLLECTIONS | Unsecured | 613.50 | NA | NA | 0.00 | 0.00 |
| SPECIAL ORTHOPEDICS PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STEEL CITY ANESTHESIA LLC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE PAIN CENTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY CORPORATIO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC REHABILITATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC REHABILITATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC REHABILITATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC REHABILITATION | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF HUD(*)++ | Secured | NA | 6,076.92 | 6,076.92 | 6,076.92 | 0.00 |
| VITREO RETINAL CONSULTANTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN ALLEGHENY HEALTH S | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $24,207.26 | $62,565.83 | $2,038.74 |
| Mortgage Arrearage | $27,437.74 | $27,437.74 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$51,645.00** | **$90,003.57** | **$2,038.74** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,399.81 | $2,399.81 | $0.00 |
| **TOTAL PRIORITY**: | **$2,399.81** | **$2,399.81** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$9,334.56** | **$133.68** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,213.39 |
| Disbursements to Creditors | $94,575.80 |
| | |
| **TOTAL DISBURSEMENTS** : | **$101,789.19** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/03/2017                    By: /s/ Ronda J. Winnecour
                                                              Trustee


STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (9/1/2009)**